# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RHEA DIAZ,<br>　　　Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC,<br>　　　Defendant(s). | Case No.: 2:18-cv-01791-JCM-NJK<br><br>**Order**<br><br>(Docket No. 6) |

Before the Court is the parties' notice of settlement. Docket No. 6. The Court **ORDERS** the parties to file a stipulation of dismissal no later than December 28, 2018.

IT IS SO ORDERED.

Dated: October 25, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1